IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01483-PSF-MJW

CRAIG D. BUCKLEY,

Plaintiff,

v.

BRAD KEADLE, and
JERRY COPLEY,

Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR THE COURT TO AMEND FINAL PRE-TRIAL ORDER

THIS MATTER, having come before the Court upon Defendants' Unopposed Motion for the Court to Amend Final Pre-Trial Order (DN 15), the Court being fully apprised in the premises, no further notice being necessary, and good cause therefor having been shown,

IT IS HEREBY ORDERED, that the June 4, 2007 Final Pre-Trial Order be and hereby is Amended to include Defendants' Exhibit List.

DONE AND SIGNED THIS 6th DAY OF JUNE, 2007.

BY THE COURT:

S/Michael J. Watanabe

U.S. MAGISTRATE JUDGE