IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01483-DME-MJW

CRAIG BUCKLEY,

    Plaintiff,

v.

BRAD KEADLE,
JERRY COPLEY,

    Defendants.

## ORDER

UPON CONSIDERATION of the Plaintiff's Notice of Settlement and Request to Vacate Further Proceedings and being fully advised in the premises

IT IS HEREBY ORDERED that the Plaintiff's request is GRANTED. The Final Pretrial Conference set for November 13, 2008, and the jury trial scheduled to begin on December 8, 2008, are vacated.

IT IS FURTHER ORDERED THAT the parties submit a joint settlement and stipulated motion to dismiss no later than December 22, 2008.

DATED: November 12, 2008.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
United States Circuit Judge