IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01483-DME-MJW

CRAIG D. BUCKLEY,

    Plaintiff,

v.

BRAD KEADLE, and
JERRY COPLEY,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

THIS MATTER, having come before the Court upon the parties' Stipulated Motion to Dismiss With Prejudice, the Court being fully apprised in the premises, no further notice being necessary, and good cause therefore having been shown,

IT IS HEREBY ORDERED, that the above-captioned action be and hereby is dismissed with prejudice, each party to pay their own fees and costs.

DONE AND SIGNED this 11th day of December, 2008.

                BY THE COURT:

                *s/ David M. Ebel*
                _____
                U.S. CIRCUIT COURT JUDGE